JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT BOLLA, | ) Case No.: 2:20-cv-06792-KES |
| Plaintiff, | ) [~~PROPOSED~~] JUDGMENT |
| vs. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

1  Having approved the Stipulation to Voluntary Remand Pursuant to Sentence
2  Four of 42 U.S.C. § 405(g),
3  IT IS ORDERED that judgment is entered in accordance with the Order of
4  Remand.

DATE:  November 18, 2021          /s/ Karen E. Scott
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE